JPML FORM 1A                                                    p. 1

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 563 -- In re Arc Furnace Transformer Product Liability Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/09/22 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- Plaintiff Nucor Corp. -- SUGGESTED TRANSFEREE DISTRICT: N.D. TEXAS; SUGGESTED TRANFEREE JUDGE: HON. ROBERT M. HILL  (cds) |
| 83/09/28 |   | Hearing order setting motion of plaintiff Nucor Corp., to transfer A-1 and A-2 for hearing on November 1, 1983 in Savannah, Georgia  (jsj) |
| 83/10/03 |   | APPEARANCES:  JOHN C. HART for Nucor Corp; DAVID M. LINDLEY for defts. ASEA, Inc. and ASEA AB (jsj) |
| 83/10/06 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- defts. ASEA, Inc. and ASEA AB -- granted to and including November 16, 1983.   (jsj) |
| 83/10/06 |   | ORDER -- regarding time for filing responses and vacating November 1, 1983 hearing -- Notified involved judges, clerks, and counsel.  (jsj) |
| 83/11/10 | 3 | REQUEST FOR EXTENSION OF TIME -- defts. ASEA, Inc. and ASEA AB.  GRANTED to and including December 20, 1983 to the above defts.  Notified involved counsel. (ds) |
| 83/12/15 | 4 | REQUEST FOR EXTENSION OF TIME -- Defts. ASEA, Inc. and ASEA AB, (Nucor also joins in this request) GRANTED to & including January 26, 1983 to ALL PARTIES. No notice was sent because of the order being sent out on 12/19 and because all parties requested the extension. (emh) |
| 84/12/19 |   | HEARING ORDER -- Setting motion of plaintiff NUCOR Corp. for transfer of actions to the N.D. Texas, for Panel hearing on January 26, 1984, in Atlanta, Georgia  (ds) |
| 83/12/19 |   | ORDER -- regarding time for filing responses and vacating January 26, 1983 hearing -- Notified involved judges, clerks and counsel. (Time for responding to the motion for transfer extended to and including January 26, 1983.)   (jsj) |
| 84/01/26 | 5 | RESPONSE/MEMORANDUM -- ASEA Inc and ASEA, AB w/cert. of svc. and Exhibits A thru G.   (ds) |
| 84/02/01 | 6 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- NUCOR -- GRANTED TO AND INCLUDING FEBRUARY 8, 1984  (cds) |

JPML FORM 1A

p. 2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 563 -- In re Arc furnace Transformer Product Liability Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/02/07 | 7 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- plaintiff NUCOR Corp. -- GRANTED TO AND INCLUDING FEBRUARY 28, 1984 -- NO FURTHER EXTENSIONS WILL BE GRANTED (cds) |
| 84/02/24 | | HEARING ORDER -- Setting motion of plaintiff NUCOR CORP. for transfer of actions to N.D. Texas for Panel hearing in Birmingham Alabama on March 29, 1984 (emh) |
| 84/02/28 | 8 | REPLY -- Nucor Corp. -- w/cert. of service (cds) |
| 84/03/22 | 9 | LETTER (requesting that hearing be vacated) -- dated March 16, 1984, signed by John C. Hart, on behalf of all parties (cds) |
| 84/03/22 | | ORDER VACATING MARCH 29, 1984 HEARING -- Notified involved judges, clerks and cousel (cds) |
| 84/03/28 | | WAIVERS OF ORAL ARGUMENT -- all waived (cds) |
| 84/04/13 | | HEARING ORDER -- Setting motion to transfer A-1 and A-2 for Panel hearing in Washington, D.C. on May 17, 1984 (cds) |
| 84/05/03 | 10 | LETTER -- requesting that the Panel hold in abeyance a decision on Nucor's motion, pending the outcome of settlement decisions -- signed by David M. Lindley, Esq., counsel for ASEA Inc. and ASEA AB -- filed on behalf of all parties. (ds) |
| 84/05/07 | | ORDER (ordering parties to report to Panel if a settlement has been reached; if not rec'd by noon on 5/16 matter will remain on hearing calendar) -- NOTIFIED PASL and involved judges.(emh) |
| 84/05/11 | | WAIVERS OF ORAL ARGUMENT -- All parties waived (ds) |
| 84/05/24 | | ORDER DENYING TRANSFER of litigation (A-1,A-2) pursuant to 28 U.S.C. §1407. Notified PASL, hearing Clerk, involved judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 563 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ARC FURNACE TRANSFORMER PRODUCT LIABILITY LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 5/19/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/24/84 | MO | unpublished | | | |

### Special Transferee Information

DATE CLOSED: 5/24/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 563 -- IN RE ARC FURNACE TRANSFORMER PRODUCT LIABILITY LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | NUCOR Corporation v. ASEA, Inc., et al. | D.Neb. Beam | 81-0-603 | | | | |
| A-2 | NUCOR Corporation v. ASEA, Inc., et al. | N.D.Tex. Hill | 3-83-0320-D | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 563 -- In re Arc Furnace Transformer Product Liability Litigation

---

**NUCOR CORPORATION (Pltf A-1 and A-2)**
John C. Hart, Esq.
Gollaher & Hart
2730 Stemmons Frwy., #808
Dallas, Texas 75207-2254

ASEA, INC.
ASEA AB
David M. Lindley, Esq.
Hale, Russell & Gray
101 Park Avenue
New York, New York 10178

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 563 -- In re Arc Furnace Transformer Product Liability Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| ASEA, Inc. | A-1,2 |
| ASEA AB | A-1,2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |